DAVID L. HENKIN (HSBA #6876) (*Pro Hac Vice)*
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU (CSBA #330315) (*Pro Hac Vice)*
EARTHJUSTICE
1001 G St., NW, Suite 1000
Washington, D.C. 20001
T: (202) 745-5226
Email: tchau@earthjustice.org

Rachel M. Taimanao-Ayuyu (GBA #07097)
THE LAW OFFICE OF RACHEL TAIMANAO-AYUYU
130 Aspinall Ave., Ste. 2D
Hagåtña, GU, USA 96910
T: (671) 989-0559
Email: rachel@guamcounsel.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRUTEHI LITEKYAN: SAVE RITIDIAN, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE AIR FORCE; FRANK KENDALL, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; and LLOYD AUSTIN, Secretary of Defense, <br><br> Defendants. | ) CIVIL NO. 1:22-cv-00001 <br> ) <br> ) DECLARATION OF DAVID L. HENKIN; <br> ) EXHIBITS 1-7 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF DAVID L. HENKIN

I, DAVID L. HENKIN, declare that, if called as a witness in this action, I could testify of my own personal knowledge under penalty of perjury that:

1. I am an attorney with the Mid-Pacific (Honolulu) office of Earthjustice, the attorneys of record for Plaintiff Prutehi Litekyan: Save Ritidian in this action. I am admitted *pro hac vice* to practice law before this Court in connection with this case. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit "1" is a true and correct copy of the Draft Resource Conservation and Recovery Act (RCRA) Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number: GUS002, which includes Andersen Air Force Base's application for permit renewal, dated May 17, 2021 ("2021 Permit Application"). This document is available on the Guam Environmental Protection Agency's ("Guam EPA's") website at: http://epa.guam.gov/wp-content/uploads/2021/08/DRAFT-AAFB-EOD-OBOD-Permit.pdf (last visited May 1, 2022). For ease of reference the pages of Exhibit "1" have been Bates-stamped.

3. Attached hereto as Exhibit "2" is a true and correct copy of the September 5, 2018, letter from Guam EPA transmitting the RCRA Permit for Andersen Air Force Base Hazardous Waste Management Facility, Permit Number: GUS002, dated September 4, 2018 ("2018 Permit"). Exhibit "2" also contains a true and correct copy of the 2018 Permit that was enclosed with Guam EPA's letter. For ease of reference the pages of Exhibit "2" have been Bates-stamped.

4. On April 11, 2022, following receipt of Defendants' motion to dismiss, I contacted Defendants' counsel via electronic mail to seek information regarding (1) whether Andersen Air Force Base has continued to operate its Explosive Ordnance Disposal ("EOD")

Range and conduct open detonation of munitions after September 3, 2021, when the 2018 permit expired; and (2) whether the Air Force takes the position that the submittal of 2021 Permit Application extended the terms and conditions of the 2018 Permit until Guam EPA either grants a new permit or denies the Air Force's pending application.

5.      On April 18, 2022, Matthew Rand, Defendants' lead counsel, provided an initial response to my inquiry.

6.      On April 29, 2022, Mr. Rand provide a supplemental response, acknowledging that the Air Force continues to operate the EOD Range under the terms of the permit that expired on September 3, 2021, and invoking 40 C.F.R. § 270.51(d) as authority for those continued operations.

7.      Attached hereto as Exhibit "3" is a true and correct copy of the email exchange described in paragraphs 4 through 6.

8.      Attached hereto as Exhibit "4" is a true and correct copy of a letter from Guam EPA entitled "Notice of Preliminary Decision – Andersen Air Force Base, Guam Explosive Ordnance Disposal Open Burn/Open Detonation Facility Application" (dated Oct. 15, 2021). Guam EPA provided this document in response to a Guam Freedom of Information Act/Sunshine Reform Act of 1999 request.

9.      Attached hereto as Exhibit "5" is a true and correct copy of a memorandum for public review from the Department of the Air Force, Headquarters 88th Air Base Wing (AFMC), Wright-Patterson Air Force Base, Ohio, with attached Air Force (AF) Form 813 for construction of a Lateral Drift Training Facility. This document is available on Wright-Patterson Air Force Base's webpage at https://www.wpafb.af.mil/Portals/60/documents/Index/environmental/

2

160909-813-public-notice-Lateral-Drift-Trainer.pdf?ver=2016-09-09-090132-743 (last visited May 1, 2022).

10.     Attached hereto as Exhibit "6" are excerpts from a true and correct copy of Volume 2 of the U.S. Navy's Mariana Islands Training and Testing Environmental Impact Statement (EIS)/Overseas Environmental Impact Statement (OEIS) (dated May 2015). This document is available at: https://mitt-eis.com/Portals/mitt-eis/files/phase_2/final_eis/ MITT_FEIS_Volume_2_May_2015.pdf (last visited May 1, 2022).

11.     Attached hereto as Exhibit "7" are excerpts from a true and correct copy of Volume 1 of the U.S. Navy's Mariana Islands Training and Testing Environmental Impact Statement (EIS)/Overseas Environmental Impact Statement (OEIS) (dated May 2015). This document is available at: https://mitt-eis.com/Portals/mitt-eis/files/phase_2/final_eis/ MITT_FEIS_Volume_1_May_2015.pdf (last visited May 1, 2022).

I declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof to be true of my own knowledge.

DATED: Honolulu, Hawai'i, May 1, 2022.


/s/ David L. Henkin
DAVID L. HENKIN

3