# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRUTEHI LITEKYAN: SAVE RITIDIAN, | CIVIL CASE 22-00001 |
| Plaintiff, | |
| vs. | **CLERK'S JUDGMENT** |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, FRANK KENDALL, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE, and LLOYD AUSTIN, Secretary of Defense. | |
| Defendants. | |

Judgment is hereby entered in favor of Defendants and against the Plaintiff in accordance with the Decision and Order filed on October 6, 2021 (ECF 33).

Dated: 6 October 2022 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quinata**