# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRUTEHI LITEKYAN: SAVE RITIDIAN, | CIVIL CASE 22-00001 |
| Plaintiff, | |
| vs. | NOTICE OF ENTRY |
| UNITED STATES DEPARTMENT OF THE AIR FORCE, FRANK KENDALL, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE, and LLOYD AUSTIN, Secretary of Defense. | |
| Defendants. | |

**NOTICE OF ENTRY OF ORDER OR JUDGMENT**

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

Decision and Order (ECF 33)
Clerk's Judgment (ECF 34)
Date of Entry: October 6, 2022

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Clerk of Court

Dated: 10/6/22 /s/ Jeanne G. Quinata