DAVID L. HENKIN (HSBA #6876) (*Pro Hac Vice)*
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU (CSBA #330315) (*Pro Hac Vice)*
EARTHJUSTICE
1001 G St., NW, Suite 1000
Washington, D.C. 20001
T: (202) 745-5226
Email: tchau@earthjustice.org

Rachel M. Taimanao-Ayuyu (GBA #07097)
THE LAW OFFICE OF RACHEL TAIMANAO-AYUYU
130 Aspinall Ave., Ste. 2D
Hagåtña, GU, USA 96910
T: (671) 989-0559
Email: rachel@guamcounsel.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| PRUTEHI GUAHAN, | ) | CASE NO. 1:22-cv-00001 FTG-HLK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DAVID L. HENKIN; |
| | ) | EXHIBIT "A" |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE | ) | |
| AIR FORCE; TROY E. MEINK, Secretary of | ) | |
| the Air Force; UNITED STATES | ) | |
| DEPARTMENT OF DEFENSE; and PETE | ) | |
| HEGSETH, Secretary of Defense, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>DECLARATION OF DAVID L. HENKIN</u>

I, DAVID L. HENKIN, declare that, if called as a witness in this action, I could testify of my own personal knowledge under penalty of perjury that:

1.      I am an attorney with the Mid-Pacific (Honolulu) office of Earthjustice, the attorneys of record for Plaintiff Prutehi Guahan in this action. I am admitted *pro hac vice* to practice law before this Court in connection with this case. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of Plaintiff's Motion for Reconsideration of Order Granting Defendants' Motion to Stay Proceedings.

2.      Attached hereto as Exhibit "A" are excerpts from a true and correct copy of the U.S. Department of Justice FY 2026 Contingency Plan (dated Sept. 29, 2025). This document is available on the U.S. Department of Justice's website at: https://www.justice.gov/jmd/media/1377216/dl (last visited October 16, 2025).

I declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof to be true of my own knowledge.

DATED: Honolulu, Hawai'i, October 16, 2025.

/s/ David L. Henkin
DAVID L. HENKIN