DAVID L. HENKIN (HSBA #6876)
(*Pro Hac Vice*)
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU (CSBA #330315)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G St., NW, Suite 1000
Washington, D.C. 20001
T: (202) 745-5226
Email: tchau@earthjustice.org

Rachel M. Taimanao-Ayuyu (GBA #07097)
THE LAW OFFICE OF RACHEL TAIMANAO-AYUYU
130 Aspinall Ave., Ste. 2D
Hagåtña, GU, USA 96910
T: (671) 989-0559
Email: rachel@guamcounsel.com

*Counsel for Plaintiff*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
MATTHEW P. RAND (NY #4937157)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street NE, Room 3.128
Washington, D.C. 20002
Telephone: (202) 532-5083
Facsimile: (202) 305-0506
matthew.rand@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| PRUTEHI GUAHAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; TROY E. MEINK, in his official capacity as Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>           Defendants. | Case No. 22-cv-00001<br><br>Tydingco-Gatewood, C.J.<br>Kennedy, M.J. |

1

## JOINT SCHEDULING STIPULATION

On October 29, 2025, the Court issued an Order granting Plaintiff's Motion for Reconsideration and lifted the previously entered stay. *See* ECF No. 57. In the Order, the Court also directed "the parties to meet and confer to discuss in good faith a new schedule for compiling and serving the draft administrative" and to "file a stipulation on a proposed revised schedule within two weeks." *Id*. at 3-4. Pursuant to this Order, the parties report that they have met and conferred in good faith and jointly propose the following schedule:

1. Defendants shall serve Plaintiff with the draft administrative record no later than December 8, 2025.

2. All other deadlines and requirements for compiling, finalizing, and filing the administrative record shall be as set forth in paragraph 1.b through 1.f of the Court's Scheduling and Planning Order (ECF 46).

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

Respectfully submitted the 11th of November, 2025.

          ADAM R.F. GUSTAFSON
          Acting Assistant Attorney General
          Environment & Natural Resources Division

| */s/ David L. Henkin* | */s/ Matthew P. Rand* |
|---|---|
| David L. Henkin (HSBA #6876) | Matthew P. Rand (NY #4937157) |
| (*Pro Hac Vice*) | Trial Attorney |
| Earthjustice | Environment & Natural Resources Division |
| 850 Richards St., Suite 400 | Natural Resources Section |
| Honolulu, HI 96813 | 150 M Street NE, Room 3.128 |
| T: (808) 599-2436 | Washington, D.C. 20002 |
| Email: dhenkin@earthjustice.org | Telephone: (202) 532-5083 |
| | Facsimile: (202) 305-0506 |
| Thien T. Chau (CSBA #330315) | matthew.rand@usdoj.gov |
| (*Pro Hac Vice*) | |
| Earthjustice | |
| 1001 G St., NW, Suite 1000 | |
| Washington, D.C. 20001 | |
| T: (202) 745-5226 | |
| Email: tchau@earthjustice.org | |
| | |
| Rachel M. Taimanao-Ayuyu (GBA #07097) | |
| The Law Office of Rachel Taimanao-Ayuyu | |
| 130 Aspinall Ave., Ste. 2D | |
| Hagåtña, GU, USA 96910 | |
| T: (671) 989-0559 | |
| Email: rachel@guamcounsel.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |