IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| PRUTEHI GUAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; TROY E. MEINK, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; and PETE HEGSETH, Secretary of Defense<br><br>Defendants. | CIVIL CASE NO. 22-00001<br><br>**AMENDED SCHEDULING AND PLANNING ORDER** |

Based on the Joint Scheduling Stipulation (ECF No. 58) filed by the parties, the Court issues this Amended Scheduling Order setting a new date for the Defendants to serve the Plaintiff with the draft administrative record. All other deadlines and requirements remain the same as previously ordered in the Court's Scheduling and Planning Order (ECF No. 46). These deadlines and requirements are restated below.

1. <u>Administrative Record</u>

    a. Defendants shall serve Plaintiff with the draft administrative record no later than December 8, 2025.

    b. Plaintiff shall have 30 days after production of the administrative record to raise any concerns to Defendants via letter or email.

    c. The parties shall attempt in good faith to resolve any disputes relating to the administrative record no later than 30 days after Plaintiff raises any such concern.

    d. Defendants shall file the administrative record with the court no later than one week

after the deadline in ¶¶1.b or 1.c, whichever is later.

    e. If any unresolved issues remain regarding the administrative record filed with the court as specified in ¶1.d, then

        i. Plaintiff shall file a motion regarding the administrative record no later than one week after Defendants file the record with the court.

        ii. Defendants shall have one week to respond to the motion.

        iii. A revised administrative record shall be filed by Defendants no later than two weeks after the court resolves any dispute.

    f. It is in the court and their interests to have an easily reviewable administrative record. Thus, the court orders the Defendants, to the fullest extent possible, to produce a record that is in PDF format, maintains parent-child relationships, is searchable, will have numbers on all produced pages, and is on a DVD or equivalent media.

        i. Defendants shall produce any spreadsheets in their native format (*i.e.,* Excel) to the extent possible.

        ii. Defendants shall produce any emails in their native format if available; otherwise in the manner they are currently maintained.

2. <u>Motion for Summary Judgment</u>

    a. Plaintiff's motion for summary judgment shall be filed no later than 30 days after the filing of the final administrative record (*see* ¶¶1.d or 1.e.iii).

    b. Defendants' response/opposition (and possible cross motion for summary judgment) to Plaintiff's motion shall be filed no later than 30 days thereafter.

    c. Plaintiff's reply (and opposition to Defendants' cross motion, if any) shall be filed

no later than 21 days after the filing of Defendants' response/opposition (and cross motion, if any).

　　d. If Defendants file a cross motion for summary judgment, then Defendants' reply shall be filed no later than 14 days after Plaintiff's filing under ¶2.c.

　　e. The hearing on the motion for summary judgment and any cross motion shall be scheduled at the Chief Judge's discretion.

3. <u>Deadlines</u> – To account for the time difference between counsel and the court and as agreed by the parties, the court orders that if any deadline set forth above falls on a Monday Guam time, then the deadline shall be moved to the following day (Tuesday Guam time). The provisions of Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure are also applicable to any deadline set forth above.

SO ORDERED on November 20, 2025.

　　　　　　　　　　　　　　　　　　／s／ Heather L. Kennedy
　　　　　　　　　　　　　　　　　　HEATHER L. KENNEDY
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge