DAVID L. HENKIN (HSBA #6876) (*Pro Hac Vice)*
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU (CSBA #330315) (*Pro Hac Vice)*
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, D.C. 20005
T: (202) 745-5226
Email: tchau@earthjustice.org

Rachel M. Taimanao-Ayuyu (GBA #07097)
THE LAW OFFICE OF RACHEL TAIMANAO-AYUYU
130 Aspinall Ave., Ste. 2D
Hagåtña, GU, USA 96910
T: (671) 989-0559
Email: rachel@guamcounsel.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRUTEHI GUAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; TROY E. MEINK, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; and PETE HEGSETH, Secretary of Defense,<br><br>Defendants. | CASE NO. 1:22-cv-00001 FTG-HLK<br><br>DECLARATION OF MONAEKA FLORES; EXHIBIT "13" |

DECLARATION OF MONAEKA FLORES

I, MONAEKA FLORES, declare and state as follows:

1. I am competent to testify to and have personal knowledge of the facts stated below.

2. Prutehi Guahan is a nonprofit organization based in Guam. It was formerly known as Prutehi Litekyan: Save Ritidian.

3. I have been a member of Prutehi Guahan since it was founded in January 2017. I became an organizer with Prutehi Guahan in 2017, and I have been serving as the Executive Director since 2022. In these roles, I have been responsible for engaging with members and communities in Guam and overseeing organizational activities that further Prutehi Guahan's mission.

4. Prutehi Guahan's mission includes preventing degradation and destruction of Guam's natural and cultural resources, protecting public access to sacred and native lands, and working towards the return of ancestral lands to their original indigenous owners. The natural and cultural resources that Prutehi Guahan seeks to protect include Guam's sole-source aquifer, sacred CHamoru sites and ancestral remains, sites for cultivating and gathering traditional medicines, traditional fishing sites, endangered species, ancestral lands that were seized by the U.S. military after World War II, and other lands and waters where the people of Guam frequent for recreational, cultural, spiritual, aesthetic, and other purposes. Prutehi Guahan works to protect these resources from threats including adverse impacts from U.S. Department of Defense ("DOD") activities and operations such as open burning and open detonation ("OB/OD") of hazardous waste on Tarague Beach.

5. Prutehi Guahan's membership includes people who have significant interests in protecting these natural and cultural resources. This includes people with unique interests in the

natural and cultural resources on and adjacent to Tarague Beach where the Air Force blows up hazardous waste, such as local families who recreate on Tarague Beach and other nearby beaches, scientists who study species that use Tarague Beach for nesting or foraging, people who fish nearby, practitioners of traditional medicine that can be found nearby, current owners of land near the OB/OD site, and families of the original indigenous owners of land near the OB/OD site that was seized by the U.S. military following World War II. Prutehi Guahan provides these members, including myself, with a vehicle for combining and amplifying our voices to protect our interests in Guam's natural and cultural resources.

6. My family's land at Tarague Beach was seized by the U.S. military after World War II, and I hope to one day see our and other indigenous families' ancestral lands returned. It causes me great distress that the Air Force is blowing up bombs and other munitions on these lands. I am worried that the Air Force's OB/OD operations could permanently contaminate the land with unexploded ordnance and toxic chemicals, which would jeopardize their return to indigenous families, including my own.

7. My family also currently owns land on Jinapsan Beach, which is less than one mile from Tarague Beach. To access this property, I have to use a pass that allows me to go through Andersen Air Force Base and drive along Tarague Beach. My family and I go to our family property near Tarague Beach often, including to celebrate birthdays and holidays and when we are hosting guests. I will continue to return to our family property on a regular basis for future birthdays, holidays, and other events my family and I host.

8. The Air Force's OB/OD operations interfere with my ability to use and enjoy our family's land on Jinapsan Beach. Because our property is so close to Tarague Beach, I am

worried about the contaminants from OB/OD operations that my family and I may be exposed to when we spend time on our family property.

9. For example, during one visit with guests to our family property, which took place on September 27, 2022, we stopped near Tarague Beach, and I witnessed pink smoke clouds rising from the OB/OD site. Attached hereto as Exhibit "13" are true and correct copies of photos of the pink smoke at the OB/OD site that one of my guests took. These photos accurately depict what I observed on September 27, 2022. I have serious concerns about potential exposure to contaminants from the Air Force's OB/OD operations and the impacts to my family's, our guests', and my own health and safety.

10. To further its mission and the interests of its members (including myself), Prutehi Guahan conducts advocacy directed at government officials through public comment processes and other forums to enforce existing laws, adopt stronger policies, and make decisions to protect human health and the environment in Guam. Where necessary, Prutehi Guahan engages in litigation to protect its and its members' interests. Prutehi Guahan also conducts research and educates its members and the public on threats to Guam's natural and cultural resources. The public education efforts are meant to equip communities in Guam with knowledge to meaningfully participate in local and national processes regarding activities and operations (including the DOD's) that threaten human health and the environment in Guam.

11. The National Environmental Policy Act ("NEPA") is a critical tool on which Prutehi Guahan relies to further its mission and carry out its advocacy, education, and public engagement activities. For example, Prutehi Guahan has engaged, and supported community engagement, in the NEPA public participation processes for the Enhanced Integrated Air and Missile Defense System on Guam environmental impact statement ("EIS"), Commonwealth of

the Northern Mariana Islands Joint Military Training EIS, Guam Flight Test EIS, and F-15 Beddown and Infrastructure Upgrades at Andersen Air Force Base EIS.

12. Prutehi Guahan and its members have significant interests in the Air Force's compliance with NEPA for its decision to blow up hazardous waste on Tarague Beach.

13. Prutehi Guahan's members rely on NEPA's requirements to protect their unique interests in the sites and resources threatened by the Air Force's OB/OD operations. As mentioned, these members include local families, fishers, scientists, landowners and others who use and enjoy the areas surrounding the OB/OD site for recreational, aesthetic, professional, subsistence, spiritual, and other purposes. This includes myself, as I also rely on NEPA's requirements to protect my interests in my family's ancestral land on Tarague Beach and my ability to use and enjoy the property my family currently owns on nearby Jinapsan Beach.

14. Through this litigation, Prutehi Guahan seeks to protect these members' interests from the increased risk of harm that comes when the Air Force decides whether to open burn and open detonate hazardous waste on Tarague Beach without having an analysis of, and public input on, the likely effects of its decision on the natural and cultural resources of Guam and alternatives that might accomplish the Air Force's mission with fewer impacts.

15. I am aware that, while this case is pending, the Air Force is allowed to continue its open detonation operations, which harms Prutehi Guahan's and its members' interests outlined above. It is therefore of vital importance to Prutehi Guahan and its members that this case be resolved quickly. An order from this Court is necessary to require the Air Force to comply with NEPA, which could prevent additional, continuing harm to Prutehi Guahan's and its members' unique interests.

16. Prutehi Guahan's advocacy, education, and public engagement activities to further its mission of protecting the natural and cultural resources in Guam also depend on the Air Force's compliance with NEPA for its decision to open burn and open detonate hazardous waste on Tarague Beach. I am aware that the environmental analysis required by NEPA would provide Prutehi Guahan with critical information about the environmental, social, and cultural impacts of the Air Force's OB/OD operations and alternatives that could be more protective of human health and the environment. Prutehi Guahan would use this information to help develop its advocacy position and educate its members and communities in Guam so that it and its members can provide public input and influence the Air Force's decision. In particular, the Air Force's compliance with NEPA is necessary to ensure that Prutehi Guahan and its members have opportunities to provide public comment on the Air Force's analysis of impacts and alternatives, before the Air Force makes a decision whether to continue OB/OD operations at Tarague Beach.

17. For the foregoing reasons, the Air Force's failure to comply with NEPA before making its decision in 2021 to continue OB/OD operations on Tarague Beach adversely affects the cultural, social, spiritual, health, professional, scientific, recreational, aesthetic, economic, and other interests of Prutehi Guahan and its members. A court order compelling the Air Force's compliance with NEPA in a timely manner is necessary to redress Prutehi Guahan's injuries and the injuries of members like myself.

\\

\\

\\

\\

\\

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of February, 2026, at Mongmong, Guam.

Monaeka Flores