DAVID L. HENKIN (HSBA #6876) (*Pro Hac Vice)*
EARTHJUSTICE
850 Richards St., Suite 400
Honolulu, HI 96813
T: (808) 599-2436
Email: dhenkin@earthjustice.org

THIEN T. CHAU (CSBA #330315) (*Pro Hac Vice)*
EARTHJUSTICE
1250 I Street NW, Fourth Floor
Washington, D.C. 20005
T: (202) 745-5226
Email: tchau@earthjustice.org

Rachel M. Taimanao-Ayuyu (GBA #07097)
THE LAW OFFICE OF RACHEL TAIMANAO-AYUYU
130 Aspinall Ave., Ste. 2D
Hagåtña, GU, USA 96910
T: (671) 989-0559
Email: rachel@guamcounsel.com

Attorneys for Plaintiff

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| PRUTEHI GUAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; TROY E. MEINK, Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; and PETE HEGSETH, Secretary of Defense,<br><br>Defendants. | CASE NO. 1:22-cv-00001 FTG-HLK<br><br>DECLARATION OF MICHAEL DUEÑAS |

<u>DECLARATION OF MICHAEL DUEÑAS</u>

I, MICHAEL DUEÑAS, declare that, if called as a witness in this action, I could testify of my own personal knowledge under penalty of perjury that:

1. I have been a member of Prutehi Guahan (formerly known as Prutehi Litekyan: Save Ritidian) since 2018. I got involved with Prutehi Guahan because I share the organization's values and mission of protecting Guam's natural and cultural resources, including culturally significant fishing grounds.

2. As a longtime fisherman born and raised in Guam, I care deeply about protecting the island's fishing resources and the interests of the fishing community. I have been a member of the Guam Fisherman's Co-Op for many years and previously served as the Operations Manager. In that role, I have facilitated time at co-op meetings for Prutehi Guahan to share information about Department of Defense activities on Guam that could impact fisher interests, including the disposal of hazardous-waste munitions at Andersen Air Force Base's Explosive Ordnance Disposal Range ("EOD Range").

3. I have been fishing in and around Guam since I was a child and am very familiar with Guam's fishing grounds. I often fish by boat in Northern Guam, including off Pati Point near the EOD Range. I currently use the fishing grounds near Pati Point between two to four times a month, and I plan to continue fishing there each month. I am only a few years from retirement and plan to use these fishing grounds even more frequently once I retire.

4. The waters off the northeast corner of Guam, including off Pati Point and near the EOD Range, are well known as productive fishing grounds. The prevailing winds and currents create an area where many fish species are frequently found there that you would not find

elsewhere around Guam. At Pati Point specifically, I target bottomfish, troll for wahoo, and fish for other pelagic species.

5. My main reason for fishing is to feed my family, friends, and neighbors. I have shared my catch for community events like weddings and rosary services. I don't like to put a monetary value on the fish I catch because the value of sharing the catch with people in my life, like the smile on my grandmother's face when I give her fish, is priceless. However, sometimes when the catch is plentiful, I will sell some fish to help offset the cost of fishing. But my primary purpose in fishing is for subsistence, not to make money.

6. I also fish because it is an important part of my Chamorro culture, which emphasizes our strong connection to, and reliance on, the ocean that surrounds our island. Fishing is in my blood, and the fishing grounds near the EOD Range are significant for my family and Guam's fishing community. These fishing grounds are well-known and have long been relied upon by Guam's fishers. I have gone fishing there with my father and uncle, my younger brothers, and my children, so three generations of my family have been relying on the fishing grounds near the EOD Range.

7. For these reasons, safe access to the fishing grounds near the EOD Range and keeping those fishing grounds free of contaminants are critical to my interests in fishing to sustain my family and community and to practice my culture.

8. I also have an interest in ensuring safe access to the fishing grounds near the EOD Range for professional purposes. For the past two years, I have been contracted to conduct bottom fishing grid studies at various locations around Guam and its outer banks, including around Pati Point. The data collected by these studies are used by the National Oceanic and Atmospheric Administration to estimate the total population of bottomfish around Guam. I

intend to continue doing the grid studies if I am contracted again, which will involve spending more time on the waters off the EOD Range.

9. I understand that the Air Force blows up ordnance, including bombs and rockets, directly on the bare sand at the EOD Range on Tarague Beach and that these operations take place fewer than 200 feet from the ocean near where I fish. I further understand that the Air Force has acknowledged that open burning and open detonation ("OB/OD") operations could eject unexploded ordnance and other contaminants into the ocean.

10. I am concerned about the potential for contamination, as acknowledged by the Air Force, and the uncertainty surrounding the impacts of OB/OD operations. I am concerned about the threats to my health, safety, and fishing interests from OB/OD operations at the EOD Range. I am often within 1,200 feet of the shoreline when fishing along Guam's northern shore. The Air Force's OB/OD operations make it more difficult for me to fish in the area without fear for my health and safety. I am worried about coming into contact with unexploded ordnance and other dangerous materials that get ejected from the EOD Range. I am worried that OB/OD operations could contaminate with toxic pollutants the fish I catch to share with my family, friends, and community. And being forced to go outside of the safety zone when OB/OD operations are occurring requires me to spend more money on fuel and more time commuting, which means less time fishing. The Air Force's OB/OD operations at the EOD Range therefore threaten my ability to fish to feed my family, nourish my community, and practice an important aspect of my culture.

11. I am also concerned about exposing myself to potential harm from OB/OD operations at the EOD Range when conducting bottom fishing grid studies. I am further concerned that OB/OD operations could contaminate the areas used for the grid studies, and

without safe access to those areas, an important portion of the dataset may not be available. This would harm my professional interest in collecting data from on those fishing grounds and my interest as a fisherman in understanding the state of Guam's fish stocks.

12. I understand that Prutehi Guahan has filed a lawsuit challenging the Air Force's failure to comply with the National Environmental Policy Act ("NEPA") and study the impacts of OB/OD operations at the EOD Range, as well as alternatives to using OB/OD on Tarague Beach to treat its hazardous waste. I support Prutehi Guahan's lawsuit because I want the Air Force to comply with NEPA and carefully consider the impacts of its decision on the environment and people of Guam, including fishers like me, before deciding whether to continue blowing up hazardous waste on the bare sand and before deciding whether to restart burning hazardous waste in the open air on Tarague Beach. I understand that, after considering the impacts and alternatives, the Air Force could choose to dispose of its munitions elsewhere or by using safer technologies, which would eliminate (or at least reduce) the threats to my interests. Even if the Air Force ultimately decides to continue OB/OD near where I fish, I still want the critical information on impacts and alternatives that a NEPA analysis would provide to the public so that I can better understand the risks to my health and the environment, including the risks of fishing near the EOD Range. I also want to be able to participate in the Air Force's decision-making process under NEPA and raise my concerns about the potential impacts of OB/OD operations on the local fishing community.

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __27____ day of ______January______, 2026.

________________________________

Michael Dueñas