ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
MATTHEW P. RAND (NY #4937157)
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street NE, Room 3.128
Washington, D.C. 20002
Telephone: (202) 532-5083
Facsimile:  (202) 305-0506
matthew.rand@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF GUAM**

| | |
|---|---|
| PRUTEHI GUAHAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE; TROY E. MEINK, in his official capacity as Secretary of the Air Force; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense,<br><br>        Defendants. | Case No. 22-cv-00001<br><br>Tydingco-Gatewood, C.J.<br>Kennedy, M.J. |

**Notice of Withdrawal**

Pursuant to Local Rule 19.1 of the General Rules of the District Court of Guam, the undersigned (Matthew P. Rand) respectfully requests that the Court withdraw his appearance in this matter.  Defendants will continue to be represented by Jessica F. Cruz and Mikel W. Schwab.

1

Respectfully submitted this 22nd of April, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Matthew P. Rand*
Matthew P. Rand
Senior Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE, Room 3.128
Washington, D.C. 20002
Telephone: (202) 532-5083
Facsimile: (202) 305-0506
matthew.rand@usdoj.gov

*Counsel for Defendants*

2